[No. 17449-2-III.    Division Three.    August 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. AMEL W. DALLUGE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-1-00030-1, Evan E. Sperline, J., entered April 7, 1998. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 17472-7-III.    Division Three.    August 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EUSTAQUIO C. ANGEL, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 97-1-00718-9, Evan E. Sperline, J., entered March 24, 1998. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 17532-4-III.    Division Three.    August 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER ELDON ALUMBAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-00040-7, Salvatore F. Cozza, J., entered May 15, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 17612-6-III.    Division Three.    August 10, 1999.]

*In the Matter of the Parentage of* ABBEY B.

RICKEY JOSEPH BECHARD, *Respondent*, v. BRENDA LOU WISSLER-WATTERS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-5-00290-7, James P. Hutton, J., entered May 22, 1998. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.